March 26, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

FELICIA WILLIAMS, INDIVIDUALLY AND D/B/A IN THE URBAN CITY INVESTMENT GROUP, Appellant

NO. 14-12-00691-CV                 V.

DESTRY C. BELL, SR. AND CHRIST TEMPLE OF DELIVERANCE CHURCH OF GOD IN CHRIST, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Destry C. Bell, Sr. and Christ Temple of Deliverance Church of God in Christ, Inc., signed April 30, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in finding that usurious interest had been charged by appellant, Felicia Williams, individually and d/b/a In the Urban City Investment Group, imposing statutory damages, and granting summary judgment on grounds not asserted in the appellees' motion for summary judgment. We therefore order that the portions of the judgment that concern these errors are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order each party to pay their own costs incurred in this appeal. We further order this decision certified below for observance.